Frank Steele, a Minor, by Mary T. Calhoun, his Mother and Next Friend, Plaintiff-Appellee, v. Darlene Mularkey and John Mularkey, Defendants-Appellants, and Zerlean Sullivan, Defendant.

Gen. No. 45,501.

Eckert, Peterson & Leeming, for appellants; A. R. Peterson, Walter W. Ross, Jr., Walter P. Steffen, and Elroy C. Sandquist, Jr., of counsel; Louis G. Davidson, Joseph D. Ryan, and Louis P. Miller, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed January 21, 1952; released for publication February 5, 1952.